BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RAMIREZ-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00014 JW |
| Plaintiff, | ) ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) ) | |
| GUSTAVO RAMIREZ-TORRES, | ) ) | |
| Defendant. | ) ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, April 9, 2007, be continued to Monday, April 16, 2007, at 1:30 p.m.

The continuance is requested because Mr. Ramirez-Torres has recently begun taking psychiatric medication in the jail, and defense counsel requires additional time to observe and consult with Mr. Ramirez-Torres to ensure that he is competent to proceed.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, 18 U.S.C. § 3161 et seq, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

1  Dated: 4/5/07                                    _____/s/_____
                                                    LARA S. VINNARD
2                                                   Assistant Federal Public Defender

3  Dated: 4/5/07                                    _____/s/_____
                                                    ERIC ROSEN
4                                                   Assistant United States Attorney

5
                                    **ORDER**
6
       The parties have jointly requested a continuance of the hearing set for April 9, 2007, to
7
   allow additional time for the defense to observe and consult with the defendant to ensure that he
8
   is competent to proceed.
9
       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
10
   presently set for April 9, 2007, be continued to April 16, 2007, at 1:30 p.m.
11
       Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time
12
   from April 9, 2007, to April 16, 2007, shall be excluded from the period of time within which
13
   trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq, because time is
14
   needed for defense investigation and preparation.
15
16  Dated:   4/6/2007                               _____
                                                    JAMES WARE
17                                                  United States District Judge

18

19

20

21

22

23

24

25

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 07-00014 JW                        2